Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*AMERICAN HONDA FINANCE CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLE E. DeANGELIS<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORP.;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01646-JAD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant, AMERICAN HONDA FINANCE CORPORATION (hereinafter "AHFC"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, CAROLE E. DeANGELIS, by and through her counsel of record, MICHAEL KIND, ESQ. of the KAZEROUNI LAW GROUP, APC hereby stipulate and agree to extend the deadline for filing a responsive pleading to November 12, 2018.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as counsel for AHFC has only recently been retained to represent AHFC in this matter and has only recently obtained the relevant file materials and information necessary to respond to the allegations set forth in the Complaint. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

///

///

///

1

1384708V.1

This is the parties' first request for extension of the deadline.

DATED this 30th day of October, 2018.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant American Honda Finance Corporation*

DATED this 30th day of October, 2018.

**KAZEROUNI LAW GROUP, APC**

*/s/ Michael Kind*
Michael Kind, Esq.
Nevada Bar No. 9806
6069 South Fort Apache Rd., Suite 100
Las Vegas, NV 89148
*Attorney for Plaintiff Carole E. DeAngelis*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 31st day of October, 2018.

UNITED STATES MAGISTRATE JUDGE

2

1384708V.1