Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLE E. DEANGELIS,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA FINANCE CORP. and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | **Case No. 2:18-cv-01646-JAD-PAL**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(SECOND REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 14, 2018 through and including **November 28, 2018**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

///

///

///

1     This stipulation is filed in good faith and not intended to cause delay.

2     Respectfully submitted this 14th day of November, 2018.

                                             SNELL & WILMER LLP

By: /s/ *Bradley Austin*
     Bradley T. Austin
     Snell & Wilmer, LLP
     3883 Howard Hughes Pkwy., Suite 1100
     Las Vegas, NV 89169
     Tel: 702-784-5200
     Fax: 702-784-5252
     Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

**<u>No opposition</u>**

/s/ *Michael Kind*
Michael Kind, Esq.
Nevada Bar No. 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808
FAX: (800) 520-5523
Email: mkind@kazlg.com

*Attorney for Plaintiff*

                                          **IT IS SO ORDERED:**

                                 United States Magistrate Judge

                            DATED: November 14, 2018

4850-2545-1387

- 2 -