UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CAROLE E. DeANGELIS | Case No. 2:18-cv-01646-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Subst Atty – ECF No. 23) |
| AMERICAN HONDA FINANCE CORP., et al. | |
| Defendants. | |

This matter is before the court on the Substitution of Attorneys (ECF No. 23). Jeremy J. Thompson of Clark Hill PLLC seeks leave to be substituted in the place of Bradley T. Austin of Snell & Wilmer LLP for defendant Equifax Information Services, LLC. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 23) is **GRANTED**.
2. Jeremy J. Thompson of Clark Hill PLLC is substituted in the place of Bradley T. Austin of Snell & Wilmer LLP for defendant Equifax Information Services, LLC, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 10th day of January 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1