1 Michael Kind, Esq.
Nevada Bar No. 13903
2 **KAZEROUNI LAW GROUP, APC**
3 6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
4 Phone: (800) 400-6808 x7
5 mkind@kazlg.com

6
David H. Krieger, Esq.
7 Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8 8985 S. Eastern Avenue, Suite 350
9 Henderson, NV 89123
Phone: (702) 880-5554
10 dkrieger@hainesandkrieger.com
11 *Attorneys for Plaintiff Carole E. DeAngelis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Carole E. DeAngelis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>American Honda Finance Corp. and Equifax Information Services, LLC,<br><br>　　　　Defendant. | Case No. 2:18-cv-01646-JAD-PAL<br><br>**STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC** |

# JOINT STATUS REPORT

The dispute between Plaintiff Carole E. DeAngelis and Defendant Equifax Information Services, LLC, ("Defendant" and jointly as the "Parties") has been resolved. The Parties have agreed as to the settlement terms and are still waiting for an executed copy of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **March 13, 2019**.

DATED this 12th day of February 2019.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**CLARK HILL PLLC**

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorneys for Defendant Equifax Information Services, LLC*

**IT IS ORDERED** that the settling parties shall have until **March 14, 2019** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: February 13, 2019

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 12, 2019, the foregoing Status Report was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 South Fort Apache Road, Ste. 100
    Las Vegas, Nevada 89148