Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Carole E. DeAngelis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Carole E. DeAngelis,<br><br>Plaintiff,<br><br>v.<br><br>American Honda Finance Corp. and Equifax Information Services, LLC,<br><br>Defendant. | Case No. 2:18-cv-01646-JAD-PAL<br><br>**Stipulation and Order Dismissing Claims against Equifax Information Services, LLC**<br><br>ECF No. 30 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carole E. DeAngelis ("Plaintiff") and Defendant Equifax Information Services LLC, ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 22nd day of March 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**CLARK HILL PLLC**

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorneys for Defendant Equifax Information Services, LLC*

**ORDER**

Based on the parties' stipulation **[ECF No. 30]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2019