Michael Kind, Esq.
Nevada Bar No. 13903
Gustavo Ponce, Esq.
Nevada Bar No.: 15084
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808
mkind@kazlg.com
gustavo@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Carole E. DeAngelis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Carole E. DeAngelis,<br><br>Plaintiff,<br><br>v.<br><br>American Honda Finance Corp. and Equifax Information Services, LLC,<br><br>Defendant. | Case No. 2:18-cv-01646-JAD-BNW<br><br>**Stipulation of Dismissal of American Honda Finance Corp.**<br>& ORDER<br><br><br>ECF No. 44 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Carole E. DeAngelis ("Plaintiff") and Defendant American Honda Finance Corp. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of July 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Chad C. Butterfield
Chad C. Butterfield, Esq.
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant*
*American Honda Finance Corp.*

**ORDER**

Based on the parties' stipulation **[ECF No. 44]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 15, 2019